**Order entered January 18, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00571-CR

**LAZARO SANTIAGO VELEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52451-Q**

## ORDER

Before the Court are the State's January 3, 2017 motions to supplement the record and to extend the time to file the State's brief. We **GRANT** the motions and **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing all documents filed in the district clerk's case file on or before April 27, 2016 in *The State of Texas v. Lazaro Velez*, trial court case no. F15-75972-Q. The time to file the State's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE